IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. )   Criminal No. 04-265
)
EDWARD L. MCKISSICK )

ORDER

AND NOW, this 14TH day of FEBRUARY, 2007, in consideration of the within Government's Motion Pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure,

IT IS HEREBY ORDERED that a hearing on the foregoing Rule 35(b) Motion will be held on _APRIL 20, 2007_, at _11_ a.m. The defendant is required to be present.

_____
United States District Judge

CC: All Counsel
US Marshal
US Probation