IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )  Criminal No. 04-265 |
| | ) |
| EDWARD L. McKISSICK, | ) |
| Defendant. | ) |

ORDER

AND NOW, this 20th day of April, 2007, following a hearing under Rule 35(b) of the Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that the court's order of judgment and sentence in the above captioned case, imposed April 7, 2006, is amended as follows:

> "The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a period of time served."

IT IS FURTHER ORDERED that the remainder of the court's sentence of April 7, 2006 shall remain in full force and effect.

BY THE COURT:

_____, J.

cc: All Counsel of Record
U.S. Marshal
U.S. Probation
Federal Bureau of Prisons